**Statement of Facts**
*United States v. Tyler Augusto*

<u>The Search Of Daniel A. Augusto And The Augusto Residence</u>

1.      During the relevant period, the defendant Tyler Augusto ("Tyler") resided in a single family home in Holyoke MA (the "Augusto Residence") with his father, Daniel A. Augusto, Jr. ("Daniel")[1] and Daniel's girlfriend (BR).  Both Tyler and BR possessed a valid Massachusetts license to carry firearms ("LTC").  However, as Tyler knew, Daniel did not possess a valid LTC.

2.      On February 23, 2022, members of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF), the Holyoke Police Department ("HPD"), and the Federal Bureau of Investigation ("FBI") executed search warrants for the person of Daniel and the Augusto Residence, which were authorized by United States Magistrate Judge Katherine A. Robertson in Docket Nos. 22-mj-3027-KAR and 22-mj-3030-KAR.

3.      At approximately 11:00 a.m., HPD Detective and ATF Task Force Officer ("TFO") David Seidel called Daniel, who was at work, met him at a nearby location, informed him of the search warrants, and seized from his person an Apple iPhone with serial number G6TDJ0880D87 (the "Daniel iPhone").

4.      A short while later, Daniel and TFO Seidel traveled separately to the Augusto Residence.  At the residence, as set forth below, law enforcement agents conducted consensual, non-custodial interviews of Tyler, Daniel, and BR.

5.      From approximately 11:30 a.m. to 5:30 p.m., law enforcement officers searched the

---

[1] Augusto is charged with One Count of Illegal Possession Of Machineguns (18 U.S.C. §§ 922(o)), Six Counts of Unlawful Possession Of Unregistered Firearm (26 U.S.C. § 5861(d)), and one Count of False Statements (18 U.S.C. § 1001) in *United States v. Daniel A. Augusto, Jr.*, Docket No. 22-CR-30025-MGM.

9

Augusto Residence and found hundreds of firearms, ammunition magazines, rounds of ammunition, firearms manufacturing equipment, and firearms paraphernalia. The collection included all of the firearms specified for forfeiture in the Information.

6.    Some of the firearms were found inside two safes located in the basement: one safe was locked with a numbered dial, and a larger safe was locked with a keypad. Daniel provided the passcode for the larger safe to officers, who entered the passcode and successfully opened the safe. Daniel also instructed officers on how to open the smaller safe, but officers were unable to open it. Officers then escorted Daniel into the residence, where Daniel opened the smaller safe for them.

<u>The Interviews Of Daniel and Tyler</u>

7.    At the Augusto Residence, law enforcement officers conducted two separate interviews of Daniel: FBI SAs Dustin Farivar and Chris Michalak conducted the first interview, which was not *Mirandized* or recorded; and SA Farivar and ATF Special Agent John McKee conducted the second interview, which was recorded and followed Daniel's written waiver of *Miranda* rights.

8.    In the first interview, Daniel stated (falsely), that all of the firearms in the residence belonged to Tyler and BR, that Daniel never asked Tyler or BR to purchase firearms, and that they never offered to do so.

9.    In the second interview, Daniel stated:

a.    He twice found firearms parts on Gun Broker,[2] convinced either Tyler or

---

[2] GunBroker.com is an online marketplace of firearms and firearms accessories and parts. Individuals can order and purchase firearms through GunBroker.com, but a Federal Firearms License ("FFL") transfer dealer, such as an licensed gun store, is required for the transfer of

10

TAA

BR to purchase them as an investment, and then without their knowledge purchased other parts and assembled them into firearms (a PTR and an UMP clone).

b. He did not often ask BR or Tyler to make such investments.

10. **Count Three**: FBI Special Agents Farivar and Michalak also interviewed Tyler, who stated (falsely):

a. Tyler had not purchased any firearms for Daniel; and

b. Daniel had not asked Tyler to purchase any firearms.

<u>The Search of Daniel's Cell Phone</u>

11. On February 25, 2022, Special Agent McKee conducted a forensic extraction of the Daniel iPhone. According to his preliminary review of the Daniel iPhone:

a. The Notes section contained a note, created on September 2, 2014, and modified on September 8, 2017, that was entitled SAFE-ty Information 2017 and contained the combination sequence to the smaller safe and the numeric code to the larger safe.

b. The Contact List contained a contact entitled "Tyler" with telephone number x-8905, which belongs to Tyler (the "Tyler Cell Phone Number").

c. The Daniel iPhone contained numerous text exchanges with the Tyler Cell Phone Number that related to the purchase of firearms and firearms accessories. A representative series of these text exchanges are set forth below. In these exchanges, the Daniel iPhone is listed as "Dan" and the Tyler Cell Phone Number is listed as "Tyler."

---

firearms ownership to the individual purchaser. https://support.gunbroker.com/hc/en-us/articles/222007967-Legal-Issues-Buying-and-Selling-Firearms.

11

TAA

<u>Tyler's Second Interview</u>

12.    On July 21, 2022, Special Agent McKee and TFO Seidel conducted a *Mirandized*, video-recorded interview of Tyler at the HPD headquarters. Tyler stated:

a.    Tyler had worked at a gun shop and knew that some gun shops would not permit a person other than the actual purchaser to pay for the gun because "they are afraid of straw purchases."

b.    Daniel and he sometimes split the cost of various gun purchases, but claimed, "If I ask him to split this with me, its not him buying half of it for him to have, its just him paying for half of it."

c.    Daniel, Tyler, and BR all had access to both of the firearms safes.

d.    Many of the firearms were located outside the safes throughout the house because "it honestly got to the point where there was no room in the safes, so stuff just started going everywhere."

<u>Tyler's Straw Purchases Of Firearms For Daniel</u>

13.    As set forth below, Tyler conducted straw purchases on behalf of Daniel at the following federal firearms licensees ("FFL"):

a.    The Gun Rack, located in Turner's Falls, which is owned and operated by Norman Emond Jr. ("Norm");

b.    Culverine Firearms, located in Feeding Hills, MA; and

c.    KC Small Arms, which is located in Easthampton.

14.    Daniel paid for several of these purchases with either his PeoplesBank x-1044 (the "Daniel PeoplesBank Account") or his J.P. Morgan Chase Visa x-4377 credit card account (the "Daniel JPMC Account").

12

TAA

15. On October 14, 2020, the Daniel PeoplesBank Account conducted a transaction at the Gun Rack for $478.13. According to records for The Gun Rack, on October 14, 2020, Tyler purchased A Sig Sauer model P365 9mm caliber semi-automatic pistol bearing serial number NRA023994F from The Gun Rack. In his second interview, Tyler admitted purchasing a Sig 365 from the Gun Rack.

16. On November 27, 2020, the Daniel PeoplesBank Account conducted a transaction at the Gun Rack for $573.75. According to records for The Gun Rack, on November 27, 2020, Tyler purchased a Colt model SP1 .223 caliber semi-automatic rifle bearing serial number SP41339 and a Taurus Model CT9-G2 9mm caliber semi-automatic rifle bearing serial number GP55413 from The Gun Rack. In his second interview, Tyler admitted purchasing these firearms from the Gun Rack, which he partially paid for by trading in .57 caliber ammunition.

17. On August 19, 2021, the Daniel iPhone and the Tyler Cell Phone Number engaged in the following text exchange, in which Daniel appears to send Tyler photographs of a Glock firearm frame inside The Gun Rack:

| TIME | FROM | TO | CONTENT |
|---|---|---|---|
| 1714 | Dan | Tyler | |
| 1714 | Dan | Tyler | Norm has a Glock 17 lower for $80 |

13

TAA

| TIME | FROM | TO | CONTENT |
|---|---|---|---|
| 1714 | Dan | Tyler | |
| 1715 | Tyler | Dan | **Ok. Don't you still need everything else tho** |
| 1716 | Dan | Tyler | Yes |
| 1716 | Dan | Tyler | **But it's all easy to get online no paperwork** |
| 1721 | Dan | Tyler | Yes or no<br>$80 is dirt cheap |
| 1721 | Tyler | Dan | Sure |
| 1722 | Dan | Tyler | **Want me to tell him to put it on hold?** |
| 1722 | Tyler | Dan | **Ok. We'll go up on Saturday** |
| 1726 | Dan | Tyler | |
| 1726 | Dan | Tyler | I didn't realize it's a 17 BUT it's been cut down to a 19 and takes 19 magazines. |

14

TAA

| TIME | FROM | TO | CONTENT |
|------|------|-----|---------|
| 1726 | Dan | Tyler | |
| 1726 | Dan | Tyler | **I'm still cool with it for $80** |
| 1726 | Tyler | Dan | **Yeah idc** |
| 1726 | Dan | Tyler | He has his FFL SOT7[3] and is good to go now. |

18.    According to records of The Gun Rack, on August 25, 2021, Tyler purchased a Glock 17 frame bearing serial number KW650US from The Gun Rack. Agents located this frame in the kitchen of the Augusto Residence. In his second interview, Tyler admitted that his father saw the frame advertised, and that he later purchased it.

19.    According to JPMC records, on February 2, 2022, the Daniel JPMC Account conducted a $2,337.50 charge at KC Small Arms. According to KC Small Arms records, this transaction paid for an Uzi Model A 9mm semi-automatic rifle bearing serial number SA34508 that was purchased by Tyler. Agents located this firearm in the large safe and located the JPMC credit card receipt and a soft Uzi bag from Daniel's bedroom. During his second interview, Tyler admitted that:

---

[3] FFLs that engage in importing, manufacturing or dealing in National Firearms Act (NFA) firearms are required to pay an annual special occupational tax ("SOT").

15

TAA

a.    Either Daniel or Tyler saw the Uzi advertised on Facebook;

b.    Tyler asked Daniel to pay for the Uzi, and Daniel did paid for it;

c.    The Uzi came in a soft case; and

d.    Tyler put the Uzi in one of the safes.

20.    On September 2, 2021, the Daniel iPhone sent the Tyler Cell Phone Number the following text: "Norm has a FN FS2000 for $2200." On October 22, Daniel withdrew $1,400 from the Daniel PeoplesBank account, and that same day, according to records of The Gun Rack, Tyler purchased an FNH USA FS2000 5.56x45mm caliber semi-automatic rifle bearing serial number 009735 from The Gun Rack. Agents found this firearm in Tyler's bedroom during the search of the Daniel residence.

21.    On September 23, 2021, The Gun Rack advertised the following two FN SCAR FDE semi-automatic 5.56x45mm caliber rifles, a 16S and a 17S:[4]

---

[4] The SCAR ("Special Operations Forces Combat Assault Rifle" is a modular assault rifle platform manufactured by FN Herstal. FDE ("flat dark earth") refers to the color of the metal part of the firearm - specifically, a shade of earth-toned brown.

16

TAA



22.    **Count One**: On September 23, 2021, the Daniel iPhone sent the Tyler Cell Phone Number the following text: "Norm has a Scar 16 FDE for $3100. **Want to spilt [sic] it? We can do layaway**." According to The Gun Rack records, on October 22, 2021, Tyler purchased a tan FN SCAR 16S 5.56x45mm caliber semi-automatic rifle bearing serial number LOC11586 from The Gun Rack. Agents found this firearm in Daniel's master bedroom closet.

23.    On October 28, 2021, the Daniel PeoplesBank Account conducted a transaction at The Gun Rack for $1,593.74. According to records for The Gun Rack, on October 28, 2021, Tyler purchased a Sig Sauer model SIG 556 SCM 5.56x45mm caliber semi-automatic rifle bearing serial

17

TAA

number JS038790 from The Gun Rack. Agents found this firearm inside Tyler's bedroom. In his second interview, Tyler admitted purchasing a Sig SCM 5.56 from the Gun Rack for approximately $1,500; he initially claimed that he had paid for it himself, but when agents informed him that Daniel's account was used, he explained that it was "probably" because he did not have the money "on me," although Tyler did admit he had a credit card for himself.

24.    On August 11, 2021, the Daniel iPhone and the Tyler Cell Phone Number engaged in the following text exchange (emphasis added):

| TIME | FROM | TO | CONTENT |
|------|------|-----|---------|
| 1114 | Tyler | Dan | https://www.gunbroker.com/item/906857662 |
| 1114 | Tyler | Dan | It's a preban 21 |
| 1114 | Dan | Tyler | I like I like |
| 1115 | Dan | Tyler | R u bidding |
| 1115 | Tyler | Dan | The mags aren't preban tho |
| 1115 | Tyler | Dan | I can probably get it for 500$ shipped. **Do you want to split it.** |
| 1116 | Dan | Tyler | Yes |
| 1116 | Dan | Tyler | Definitely |
| 1116 | Tyler | Dan | Ok I'll put a bid in |
| 1117 | Dan | Tyler | Ok |
| 1117 | Tyler | Dan | **I still owe you 250 so I would just pay for it** |
| 1148 | Dan | Tyler | **Ok** |
| 1149 | Dan | Tyler | **I'd like to keep it so if I need to give you 250 and I o[w]n it 100%. Whatever you wanna do** |
| 1440 | Tyler | Dan | **We won it for 460** all said and done after tax's and fees |
| 1451 | Dan | Tyler | That's awesome for a 45acp glock |
| 1452 | Dan | Tyler | In MA |

25.    **Count Two**: According to the records of Culverine Firearms, on February 8, 2022, Tyler purchased a Glock, model 21, .45 caliber ACP semi-automatic pistol bearing serial number BNC396US from Culverine Firearms. Agents located this firearm in Daniel's master bedroom.

### Evidence Indicating Other Straw Purchases

26.    On August 17, 2021, the Daniel iPhone and the Tyler Cell Phone Number engaged

18

TAA

in the following text exchange (emphasis added):

| TIME | FROM | TO | CONTENT |
|---|---|---|---|
| 1842 | Tyler | Dan | **Do me a favor and check which Glock models we have please** |
| 1844 | Dan | Tyler | Now |
| 1844 | Tyler | Dan | Within the next 2 hours |
| 1847 | Dan | Tyler | **Come in the bedroom** |
| 1848 | Tyler | Dan | **I'm not home** |
| 1850 | Dan | Tyler | Oh ok |
| 1915 | Dan | Tyler | Gen 4 glck 19 in 9mm<br>Gen? 23 in 40 with a 9mm adapter barrel.<br>**We have 2 that I know of** |
| 1915 | Tyler | Dan | Ok thank you |

27.     The "Gen 4 glck 19 in 9mm" corresponds to the black Glock model 19, 9mm caliber pistol bearing serial number ACGZ690, which agents seized in Daniel's master bedroom. According to records of The Gun Rack, on December 4, 2016, BR purchased the frame of this firearm from The Gun Rack.

28.     On October 11-12, 2021, the Daniel iPhone and the Tyler Cell Phone Number engaged in the following text exchange (emphasis added) concerning a SCAR 17 & SCAR 16 FULL AUTO Trigger Group.[5]  Agents seized this item in the kitchen cabinet above the stove, along with various silencers.

| DATE | TIME | FROM | TO | CONTENT |
|---|---|---|---|---|
| 10-11-21 | 2110 | Dan | Tyler | Hey<br>**You have to bid on and win this. I already ordered the FDE Billet lower[6]** |
| | 2110 | Dan | Tyler | **https://www.gunbroker.com/item/912077 917 [SCAR 17 & SCAR 16 FULL AUTO Trigger Group]** |

---

[5] A "trigger group" or "fire control group" is the mechanism that controls the firing sequence of the firearm.
[6] A SCAR receiver is comprised of two parts:  an upper and a lower.

19

T·A·A

| DATE | TIME | FROM | TO | CONTENT |
|---|---|---|---|---|
| | 2110 | Dan | Tyler | 15 hours left<br>Tomorrow at NOON time<br>**PLEASE don't forget** |
| | 2111 | Tyler | Dan | What do you want me to bid up too |
| | 2112 | Dan | Tyler | The buy it now is $850 so $750? |
| | 2112 | Tyler | Dan | Ok |
| 10-12-21 | 0748 | Dan | Tyler | At this point should we just bite the bullet and buy the trigger group now? |
| | 0749 | Tyler | Dan | I'm still high bid |
| | 0750 | Dan | Tyler | Oh ok |
| | 0750 | Dan | Tyler | **If someone outbids you then pull the trigger?** |
| | 0750 | Tyler | Dan | **Yeah** |

29.    Nick's Sport Shop is an FFL in Palmer, MA. On February 11, 2022, the Daniel iPhone sent the Tyler Cell Phone Number the following text message concerning two types of AR-15 lowers, each of which constitute firearms under Federal law and therefore must be sold by an FFL only to non-prohibited people:

Hey

Tomorrow can you please ask Nicks Guns if they will handle the FFL transfer for the following:

https://www.surplusammo.com/products/sota-patriot-pa15-billet-ar15-comp-lower-with-m4-collapsing-stock.html?mc_cid=7d3a346028&mc_eid=b2ffda48d6

If they say no because it has to be pinned,[7] then this one.

https://www.surplusammo.com/products/sota-patriot-pa15-billet-

---

[7] Massachusetts law prohibits sale and possession of Assault Weapons. G.L. c. 140, §§ 128 and 131M. Sale by a business of any weapon that the buyer is not permitted to possess also violates the state consumer protection act, G.L. c. 93A. On July 20, 2016, the Attorney General issued an Enforcement Notice on Prohibited Assault Weapons that provides gun manufacturers, licensed dealers, and the public with guidance on the Assault Weapons ban. On characteristic of a "semi-automatic assault weapon" is a collapsible, or "folding or telescoping" stock. https://www.mass.gov/doc/enforcement-notice/download. A "pinned" stock is not collapsible.

20

ar15-comp-lower-with-kak-pistol-
tube.html?mc_cid=7d3a346028&mc_eid=b2ffda48d6

30.    Screen shots of these two weblinks are set forth below:



31.    On February 10, 2022, the Daniel iPhone and the Tyler Cell Phone Number

engaged in the following text exchange concerning another lower that constitutes a firearm under

Federal law and therefore must be sold by an FFL only to non-prohibited people:

21



| TIME | FROM | TO | CONTENT |
|---|---|---|---|
| 1641 | Dan | Tyler | Hey<br>**Can you check if Culverine will Do the FFL**<br>**https://www.newfrontierarmory.com/product/complete-**<br>**c-5-lower-b5-milspec-stock/** |
| 1642 | Dan | Tyler | Sorry |
| 1642 | Tyler | Dan | Send the link again. It shows an empty cart. |
| 1642 | Tyler | Dan | Ok |
| 1643 | Dan | Tyler | They should because it's NOT a AR15 at all.  It's 9mm |
| 1646 | Tyler | Dan | **I sent her a message.** |
| 1648 | Dan | Tyler | Thank you. |
| 2029 | Dan | Tyler | https://www.gunbroker.com/item/923584886 |
| 2033 | Tyler | Dan | **She said she'd transfer the C-5** |
| 2033 | Dan | Tyler | Ok cool |

32.     A screenshot of the first weblink is set forth below:[8]



### Complete C-5 Lower – B5 MILSPEC Stock

$304.99

- **Manufacturer:** New Frontier Armory
- **Model:** C-5 Complete Billet Lower Receiver — MP5 Magazines
- **Caliber:** 9mm
- THIS ITEM MUST SHIP TO AN FFL
- Bulk Qty Discounts Available at 25+, 100+ and 500+ Units
- Discount will appear in your cart when logged in
- Dealer Price will appear in cart when logged in

SKU: C5LOWER-C Category: AR-9/40 Lower Receivers

33.     On January 22, 2022, the Daniel iPhone and the Tyler Cell Phone Number engaged in the following text exchange (emphasis added):

| TIME | FROM | TO | CONTENT |
|---|---|---|---|
| 2147 | Dan | Tyler | Hey<br>Where is the Canic [sic] pistol? |
| 2147 | Tyler | Dan | I have no idea. **I've never touched that one.** |
| 2148 | Dan | Tyler | I know you did BUT isn't there a ammo can that I had bought the foam to go into It to store mags and pistols? |
| 2149 | Dan | Tyler | I know it was in the wheeled case. I'm thinking you may have moved it out. I've never used it |

---

[8] The second weblink is no longer available at GunBroker.com.



| TIME | FROM | TO | CONTENT |
|------|------|-----|---------|
| 2152 | Tyler | Dan | No that ammo can your talking about is down stairs and all it had in it was 9MM ammo. **If the Canik is anywhere it would be in that rolley case or in your room somewhere because it's not downstairs anywhere.** |

34.     The "Canic pistol" and "Canik" correspond a Canik 9mm pistol with serial number T6472-16AT12006, which agents located in the basement of the residence, and a Canik 9mm pistol with serial number T6472-18BJ00821, which agents located in one of the bedrooms of the residence.

35.     On December 11, 2021, the Daniel iPhone and the Tyler Cell Phone Number engaged in the following text exchange (emphasis added):

| TIME | FROM | TO | CONTENT |
|------|------|-----|---------|
| 1725 | Dan | Tyler | Did Norm have anything cool? |
| 1725 | Tyler | Dan | No. **I picked up another lower from nicks tho** |
| 1726 | Dan | Tyler | Awesome<br>What did Norm say about that |
| 1728 | Tyler | Dan | It's not bad but it's not good. He said he'll get fucked if he sells to wrong person but he's not doing anything technically wrong or Rigjt [sic] |
| 1729 | Dan | Tyler | Wow<br>So will Norm do it? Probably not. LOL<br>Are they getting more in?<br>**What did the Mongs say when you bought a ar lower?**[9] |
| 1730 | Tyler | Dan | He said it's not wroth [sic] it and yeah he has more. |
| 1730 | Tyler | Dan | And they want to buy one |
| 1730 | Dan | Tyler | Cool |
| 1731 | Dan | Tyler | Did any of them buy one? |
| 1736 | Tyler | Dan | No not yet. |
| 1736 | Tyler | Dan | **You should have [BR] get some of the lowers so it's not just me buying one a week lol** |
| 1737 | Tyler | Dan | They don't go out of the way to sell them tho. |
| 1737 | Dan | Tyler | Ok |

---

[9] An AR-lower constitutes a firearm under Federal law.

23

TAA

----------

24                                TAA